# Exhibit A

| | |
|---|---|
| **From:** | Jennifer Brown |
| **To:** | syed ahmed |
| **Cc:** | Salvatore Cardella |
| **Subject:** | RE: Termination from IRSC |
| **Date:** | Friday, April 26, 2024 5:33:00 PM |
| **Attachments:** | image001.png |

Hi Syed,

Good evening.

At this time I have no updates. I was advised this is on hold for now.

Thanks,

Jen

**From:** syed ahmed <syedahmed.ammar@gmail.com>
**Sent:** Friday, April 26, 2024 5:05 PM
**To:** Jennifer Brown <jbrown17@irsc.edu>
**Subject:** Re: Termination from IRSC

Hello Jennifer,

I spoke to the head of security about an article from a non reputable messenger. I haven't heard back and wanted to check in to see if you had any updates.

Best,

On Tue, Apr 2, 2024 at 9:17 AM Jennifer Brown <jbrown17@irsc.edu> wrote:

> Hi Syed,
>
> No updates yet.
>
> Jen
>
> **From:** syed ahmed <syedahmed.ammar@gmail.com>
> **Sent:** Tuesday, April 2, 2024 8:00 AM
> **To:** Jennifer Brown <jbrown17@irsc.edu>
> **Subject:** Re: Termination from IRSC
>
> Hello Jennifer,
>
> I wanted to check in to see if you have any updates from security or a timeline of when you will hear back by.
>
> Best Regards,
> Syed Ahmed
>
> On Wed, Mar 27, 2024 at 5:45 PM Jennifer Brown <jbrown17@irsc.edu> wrote:
>
> > Hi Syed,
> >
> > I just left you a voicemail.
> >
> > Please call me back when you can.
> >
> > Thanks,
> >
> > Jen
> >
> > **From:** syed ahmed <syedahmed.ammar@gmail.com>
> > **Sent:** Wednesday, March 27, 2024 2:59 PM
> > **To:** Jennifer Brown <jbrown17@irsc.edu>
> > **Subject:** Re: Termination from IRSC
> >
> > Hello Jennifer,
> >
> > I just gave you a ring. When you have a moment, please give me a call at your convenience - ▇▇▇▇▇▇
> >
> > Best,
> >
> > On Thu, Mar 14, 2024 at 11:22 PM Jennifer Brown <jbrown17@irsc.edu> wrote:
> >
> > > Hi Syed,
> > >
> > > I am out of the office until Monday, March 25, 2024. Please call me at ▇▇▇▇▇▇ during that week to discuss further.
> > >
> > > Jennifer
> > >
> > > **From:** syed ahmed <syedahmed.ammar@gmail.com>
> > > **Sent:** Thursday, March 14, 2024 12:27 PM
> > > **To:** Jennifer Brown <jbrown17@irsc.edu>
> > > **Subject:** Re: Termination from IRSC
> > >
> > > Hello Jennifer,
> > >
> > > I hope you are doing well. I wanted to see if security has looked further into the issue. I was fingerprinted when the college hired me (this information should be on file; I recall paying $10 for

1

the service). Additionally, I have a TSA Pre-Check (Known Traveler Number); I was hired by Miami-Dade College (MDC) in Feb 2023, and I passed that background check (information below). Lastly, I work for the federal government as a contractor, for which I was required to pass a background check and obtain a security clearance in January of this year.

My viewpoint is that I have a common name, resulting in a false positive. I am asking the college and security team to look into the issue further so we can resolve this matter.

I appreciate your help with this matter.



**nterstate**
**B ackground**
**R esearch**

P. O. Box 7
Elfers, FL 34680
727-944-5888
FAX 727-944-5828
LIC # A9600263
E-Mail: reports@ibrinc.com

February 27, 2023

### Client:  Miami Dade College – Pre-Employment

**Candidate Name: Syed A. Ahmed**
**Social Security #:** ▓▓▓▓▓▓▓▓
**Date of Birth:** ▓▓▓▓▓▓
**Package: 1**

**Background Requested: 02-27-23**
**Background Completed: 02-27-23**
**ID: 5092239**

---

**Caution to Client**

*This report was prepared solely for the purpose of Agent/Employee selection. The information contained herein is strictly confidential. The contents of this report may not be divulged to any individual whose position and intent are not directly related to the purpose for which this report was prepared, except as required by law.*

---

**Ordered by: cron**

### Nationwide Sex Offender: Pass
### Florida Department of Law Enforcement Search: Pass

---

**Nationwide Sex Offender Search: Syed A. Ahmed**

A nationwide Sex Offender Search was conducted. No record of the candidate was found utilizing the information provided by the client

---

**Florida State Police Criminal History on: Syed A. Ahmed**

According to the Florida State Police, utilizing the information provided on the candidate's application, the above named individual has no criminal record within this state.

---

**End of Report**

On Fri, Mar 1, 2024 at 11:48 AM Jennifer Brown <jbrown17@irsc.edu> wrote:

Good morning Syed Ammar,

Thank you for taking my call earlier.

As discussed, IRSC has to terminate your employment effective today, Friday, March 1, 2024 due to a security alert we received today directly from the FDLE to our Chief of Campus Safety.

The security alert from the FDLE stated that you appeared on the FDLE Homeland Security database due to terrorist threats.

Please reach out to me with any questions or concerns.

Thank you,

Jen

--
Thanks & Best Regards,
Syed Ahmed

--
Thanks & Best Regards,
Syed Ahmed

| | |
|---|---|
| **From:** | Autumn Sanders |
| **To:** | Jennifer Brown; Maurice Bonner |
| **Cc:** | Salvatore Cardella; Marvin Pyles |
| **Subject:** | RE: Syed Ahmed |
| **Date:** | Monday, April 8, 2024 11:36:02 AM |
| **Attachments:** | image001.png |

Hi Jen,

Sal let me know this morning that he did speak to Mr. Ahmed on the phone, who was very gracious about the situation. Sal is providing a letter for Melany to review (then HR) that he will email to Mr. Ahmed.

I have reached out to Belmont and Stein.

@Maurice Bonner please reinstate Mr. Syed Ahmed (ee# 902040) as an employee.
Once this has been completed, please let me know so that I can call him with this information.

Dr. Stein has next semester courses scheduled so he will not be scheduled. I'll relay this to him, and let him know that Dr. Stein will contact him for potential Fall schedule.

Thank you,

**Autumn Sanders**

**From:** Jennifer Brown <jbrown17@irsc.edu>
**Sent:** Saturday, April 6, 2024 7:47 PM
**To:** Salvatore Cardella <scardella@irsc.edu>; Marvin Pyles <mpyles@irsc.edu>; Autumn Sanders <jsanders7@irsc.edu>
**Subject:** RE: Syed Ahmed
**Importance:** High

Hi Sal,

I know it is the weekend; however it is in our best interest to follow up w/ Syed sooner rather than later.

Please let me know when either you or someone on your team has made contact w/ Syed as dictated below by Marvin. Once that happens a member of the Human Resources team needs to 1. Get in touch w/ both Heather Belmont and the respective Dean to inform them of the error that was made so that way he can be scheduled to teach classes again. 2. Reinstate Syed to an active status as an Adjunct.

Jen

**From:** Salvatore Cardella <scardella@irsc.edu>

4

**Sent:** Friday, April 5, 2024 11:46 PM
**To:** Marvin Pyles <mpyles@irsc.edu>; Autumn Sanders <jsanders7@irsc.edu>
**Cc:** Jennifer Brown <jbrown17@irsc.edu>
**Subject:** Re: Syed Ahmed

Will do, thank you.

Get Outlook for iOS

**From:** Marvin Pyles <mpyles@irsc.edu>
**Sent:** Friday, April 5, 2024 4:21:56 PM
**To:** Salvatore Cardella <scardella@irsc.edu>; Autumn Sanders <jsanders7@irsc.edu>
**Cc:** Jennifer Brown <jbrown17@irsc.edu>
**Subject:** Re: Syed Ahmed

Chief-
Please have someone in your department (you or command staff) reach out to Mr. Ahmed immediately and notify him that he has been reinstated to his status at the college. Let him know that the college apologizes for the misunderstanding.
Follow it up with a letter that documents this fact, and apologize for any inconvenience or harm in writing as well. This letter needs to be CC'd to HR for his file.
HR can provide Campus Safety with any relevant information that you may need.
I expect this to be done as soon as possible.
Thank you
-Marvin

**From:** Salvatore Cardella <scardella@irsc.edu>
**Date:** Friday, April 5, 2024 at 1:01 PM
**To:** Autumn Sanders <jsanders7@irsc.edu>
**Cc:** Jennifer Brown <jbrown17@irsc.edu>, Marvin Pyles <mpyles@irsc.edu>
**Subject:** Re: Syed Ahmed

Syed Ahmed has been cleared and no longer poses a threat to the college. Campus Safety and Security has closed all investigations related to him. Please update his employee file accordingly.

Get Outlook for iOS

**From:** Autumn Sanders <jsanders7@irsc.edu>
**Sent:** Friday, April 5, 2024 12:47:15 PM
**To:** Salvatore Cardella <scardella@irsc.edu>
**Cc:** Jennifer Brown <jbrown17@irsc.edu>; Marvin Pyles <mpyles@irsc.edu>
**Subject:** Syed Ahmed

Hello Sal,

5

You called me earlier to report that **Syed Ahmed** had been cleared and was not the same person that was reported to Jennifer Brown and others several weeks ago. Please provide this information in writing.

Thank you,

**Autumn Sanders, PHR, SHRM-CP | People and Culture Manager**
Phone: (772) 462-7276 | Email: jsanders7@irsc.edu | 3209 Virginia Ave. Fort Pierce, FL 34981-5596
Website | LinkedIN | Facebook | Twitter | Join Our Team!



### *An unparalleled higher education experience.*
**Adobe** Creative Campus | **Bloomberg** Experiential Learning Partner
**Wolfram Technology** Computational Thinking College

Florida has very broad public records laws. Written communications to or from Indian River State College officials regarding College business are generally considered public records available to the public and media upon request. Your email communications will be subject to public disclosure unless an exemption applies to the communication. If you received this email in error, please notify the sender by reply email and delete all materials from all computers.

**From:** Salvatore Cardella
**To:** TUWANNA HATCHER
**Date:** Monday, April 8, 2024 8:09:05 AM

# Dear Syed Ahmed,

I am writing this letter to apologize for any inconvenience you may have experienced due to actions taken by Campus Safety and Security. Our main priority is to ensure the safety and security of our staff, faculty, and students. However, there are situations where swift decisions need to be made due to the severity of the circumstances. Unfortunately, mistakes can occur when we are trying to be proactive. If you have any questions or if there is anything else we can do to assist you, please do not hesitate to contact me.

Sincerely,

Chief Cardella
Campus Safety and Security

Get Outlook for iOS

| | |
|---|---|
| **From:** | Salvatore Cardella |
| **To:** | Jennifer Brown; Autumn Sanders |
| **Cc:** | Marvin Pyles |
| **Subject:** | Re: Syed Ahmed |
| **Date:** | Friday, April 5, 2024 2:38:53 PM |
| **Attachments:** | image001.png |

Yes Ma'am

Get Outlook for iOS

**From:** Jennifer Brown <jbrown17@irsc.edu>
**Sent:** Friday, April 5, 2024 1:28:21 PM
**To:** Salvatore Cardella <scardella@irsc.edu>; Autumn Sanders <jsanders7@irsc.edu>
**Cc:** Marvin Pyles <mpyles@irsc.edu>
**Subject:** RE: Syed Ahmed

Hi Sal,

There is more to this than just updating his file.

We will await Marvin's reply.

Please keep in mind I wrongfully terminated an employee based upon the information I was supplied.

Jen

**From:** Salvatore Cardella <scardella@irsc.edu>
**Sent:** Friday, April 5, 2024 1:01 PM
**To:** Autumn Sanders <jsanders7@irsc.edu>
**Cc:** Jennifer Brown <jbrown17@irsc.edu>; Marvin Pyles <mpyles@irsc.edu>
**Subject:** Re: Syed Ahmed

Syed Ahmed has been cleared and no longer poses a threat to the college. Campus Safety and Security has closed all investigations related to him. Please update his employee file accordingly.

Get Outlook for iOS

**From:** Autumn Sanders <jsanders7@irsc.edu>
**Sent:** Friday, April 5, 2024 12:47:15 PM
**To:** Salvatore Cardella <scardella@irsc.edu>
**Cc:** Jennifer Brown <jbrown17@irsc.edu>; Marvin Pyles <mpyles@irsc.edu>
**Subject:** Syed Ahmed

Hello Sal,

8

You called me earlier to report that **Syed Ahmed** had been cleared and was not the same person that was reported to Jennifer Brown and others several weeks ago. Please provide this information in writing.

Thank you,

**Autumn Sanders, PHR, SHRM-CP | People and Culture Manager**
Phone: (772) 462-7276 | Email: jsanders7@irsc.edu | 3209 Virginia Ave. Fort Pierce, FL 34981-5596
Website | LinkedIN | Facebook | Twitter | Join Our Team!



*An unparalleled higher education experience.*
**Adobe** Creative Campus | **Bloomberg** Experiential Learning Partner
**Wolfram Technology** Computational Thinking College

Florida has very broad public records laws. Written communications to or from Indian River State College officials regarding College business are generally considered public records available to the public and media upon request. Your email communications will be subject to public disclosure unless an exemption applies to the communication. If you received this email in error, please notify the sender by reply email and delete all materials from all computers.

| | |
|---|---|
| **From:** | _Meaghan Ashurst_ |
| **To:** | _Jennifer Brown_ |
| **Subject:** | ADJUNCT NAME |
| **Date:** | Friday, March 1, 2024 10:25:03 AM |
| **Attachments:** | _image001.png_ |
| **Importance:** | High |

Hello,

The adjuncts name is Syed Ammar Ahmed.  I got the impression that Dr. Moore would like a status update asap.

Best Regards,

**Meaghan Ashurst | Administrative Assistant to the Vice President | Administration and Finance**
Ph: 772-462-7220 | 3209 Virginia Ave. Fort Pierce, FL 34981-5596
irsc.edu | LinkedIn.com/school/irsctheriver | Facebook.com/irsctheriver | Twitter.com/irsctheriver



*An unparalleled higher education experience.*
**Adobe** Creative Campus | **Bloomberg** Experiential Learning Partner
**Wolfram Technology** Computational Thinking College

Florida has very broad public records laws. Written communications to or from Indian River State College officials regarding College business are generally considered public records available to the public and media upon request. Your email communications will be subject to public disclosure unless an exemption applies to the communication. If you received this email in error, please notify the sender by reply email and delete all materials from all computers.

| From: | Samira Elhosary |
|---|---|
| To: | Melany Crawford |
| Cc: | Bryan Pankhurst; Christina Jump |
| Subject: | Re: Correspondance regarding Mr. Syed Ahmed |
| Date: | Tuesday, August 20, 2024 5:58:29 PM |
| Attachments: | image001.png |
| | image002.png |
| | 2024.08.20 - Final IRSC Records Request.pdf |

Some people who received this message don't often get email from selhosary@clcma.org. Learn why this is important

Ms. Crawford,

Thank you so much for your prompt response. In addition, our office today submitted a Public Records Request for information regarding Mr. Ahmed, attached here for your convenience, as I understand General Counsel's Office to be IRSC's custodian of records pursuant to the Florida Open Records Act.

Please feel free to contact us with any questions about either request; we are happy to set up a time for a phone or video call as necessary. We look forward to hearing from you soon.

Sincerely,
Samira Elhosary



**Samira Elhosary** (she/her/hers)
Civil Litigation Junior Staff Attorney

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA) is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: samira.elhosary@mlfa.org | selhosary@clcma.org
Website: https://mlfa.org/



11

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

**From:** Melany Crawford <mcrawford@irsc.edu>
**Sent:** Tuesday, August 20, 2024 9:16 AM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Bryan Pankhurst <bpankhurst@irsc.edu>
**Subject:** FW: Correspondance regarding Mr. Syed Ahmed

**GRAPHUS EMAIL PROTECTION**
**Warning:** Sender mcrawford@irsc.edu is not yet trusted by your organization. Please be careful before replying or clicking/downloading the attachment and URLs.
- Looks Suspicious -   - Looks Good -
powered by Graphus®

Ms. Jump,

I wanted to confirm receipt of the attached correspondence.   I am investigating the relevant facts, and will provide a more substantive reply as soon as possible.

Thank you.
Melany

## Melany K. Crawford | General Counsel | Office of the President

Ph: 772-462-7050| 3209 Virginia Ave. Fort Pierce, FL 34981-5596
irsc.edu | mcrawford@irsc.edu | mobile:  772-265-9508



**INDIAN RIVER STATE COLLEGE**

*An unparalleled higher education experience.*
**Adobe** Creative Campus | **Bloomberg** Experiential Learning Partner
**Wolfram Technology** Computational Thinking College

Notice of Confidentiality: This e-mail, including attachments, contains information that is confidential and may be protected by the attorney-client privilege, work product privilege, or other privileges.  This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient, please delete this e-mail, including attachments, and notify me.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.  Receipt by anyone other than the intended recipient is not a waiver of the attorney-client privilege, work product privilege, or other privileges.

*Florida's public records laws are comprehensive. Written communications to or from Indian River State College officials regarding College business are generally considered public records pursuant to Florida Statutes, Chapter 119,*

*and are available to the public and media upon request. Your email communications will be subject to public disclosure unless an exemption applies to the transmission. If you received this email in error, please notify the sender by replying to this email and delete all materials from all devices.*

**From:** Bryan Pankhurst <bpankhurst@irsc.edu>
**Sent:** Friday, August 16, 2024 3:25 PM
**To:** Melany Crawford <mcrawford@irsc.edu>; Autumn Sanders <jsanders7@irsc.edu>
**Subject:** FW: Correspondance regarding Mr. Syed Ahmed

Please find the attached letter and email communication below.

**Bryan C. Pankhurst | Legal Operations Manager | Office of the General Counsel**

Ph: 772-462-7051| 3209 Virginia Ave. Fort Pierce, FL 34981-5596
irsc.edu | bpankhurst@irsc.edu | mobile: 772-453-0264



**INDIAN RIVER STATE COLLEGE**

*An unparalleled higher education experience.*
**Adobe** Creative Campus | **Bloomberg** Experiential Learning Partner
**Wolfram Technology** Computational Thinking College

Florida's public records laws are comprehensive. Written communications to or from Indian River State College officials regarding College business are generally considered public records and are available to the public and media upon request. Your email communications will be subject to public disclosure unless an exemption applies to the transmission. If you received this email in error, please notify the sender by replying to this email and delete all materials from all devices.

**From:** Samira Elhosary <selhosary@clcma.org>
**Sent:** Friday, August 16, 2024 3:21 PM
**To:** Jennifer Brown <jbrown17@irsc.edu>; HR <HR@irsc.edu>
**Cc:** Bryan Pankhurst <bpankhurst@irsc.edu>; Salvatore Cardella <scardella@irsc.edu>; Christina Jump <cjump@clcma.org>
**Subject:** Correspondance regarding Mr. Syed Ahmed

Dear Ms. Brown,

Please see the attached correspondence. We look forward to your prompt attention to this matter.

Sincerely,
Samira Elhosary

13

**Samira Elhosary** (she/her/hers)
**Civil Litigation Junior Staff Attorney**

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: samira.elhosary@mlfa.org | selhosary@clcma.org
Website: https://mlfa.org/

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

| | |
|---|---|
| **From:** | PublicRecordsRequest |
| **To:** | Marc Valente |
| **Cc:** | Hans Sorensen; Melany Crawford; PublicRecordsRequest |
| **Subject:** | FW: Public Records Request |
| **Date:** | Wednesday, August 21, 2024 9:03:00 AM |
| **Attachments:** | 2024.08.20 - Final IRSC Records Request.pdf |
| | image001.png |
| **Importance:** | High |

Hi Marc,

Outlined below is a public records request we have received from an attorney for **emails related to Mr. Syed Ammar Ahmed.** Can you please pull the responsive documents and alert me when they are ready for review/transmittal? If possible, a quick return on this would be greatly appreciated due to the sensitivity of the situation. Please feel free to give me a call if you have any questions. Thank you in advance for your time and assistance!

- **All emails sent to or from Mr. Salvatore Cardella, Chief of Campus Safety, addressed to, copying, related to, or discussing Mr. Ahmed;**
- **All emails sent to or from Ms. Jennifer Brown, Associate Vice President of Human Resources, addressed to, copying, related to, or discussing Mr. Ahmed;**
- **All emails sent to or from Ms. Melany Crawford, General Counsel, addressed to, copying, related to, or discussing Mr. Ahmed;**
- **All emails sent to or from IRSC President Dr. Timothy Moore addressed to, copying, related to, or discussing Mr. Ahmed;**
- **All emails from IRSC's Department of Human Resources, General Counsel's Office, President's Office, and Office of Campus Safety addressed to, copying, related to, or discussing Mr. Ahmed.**

## Custodian of Records | Office of the General Counsel

3209 Virginia Ave. Fort Pierce, FL 34981-5596
irsc.edu | publicrecordsrequest@irsc.edu



## An unparalleled higher education experience.

**Adobe** Creative Campus | **Bloomberg** Experiential Learning Partner
**Wolfram Technology** Computational Thinking College

Florida's public records laws are comprehensive. Written communications to or from Indian River State College officials regarding College business are generally considered public records and are available to the public and media upon request. Your email communications will be subject to public disclosure unless an exemption applies to the transmission. If you received this email in error, please notify the sender by replying to this email and delete all materials from all devices.

**From:** Samira Elhosary <selhosary@clcma.org>
**Sent:** Tuesday, August 20, 2024 5:53 PM
**To:** PublicRecordsRequest <PublicRecordsRequest@irsc.edu>

**Cc:** Christina Jump <cjump@clcma.org>
**Subject:** Public Records Request

You don't often get email from selhosary@clcma.org. Learn why this is important

Dear Ms. Crawford:

Pursuant to our ongoing representation of Mr. Syed Ahmed, please see attached a Public Records Request pursuant to Florida's Public Records Act. Please let me know if you have any questions about this request or need any additional information from us to process the request.

We look forward to your prompt response.

Sincerely,
Samira Elhosary

**Samira Elhosary** (she/her/hers)

Civil Litigation Junior Staff Attorney

16

**Muslim Legal Fund of America (MLFA)**

The Constitutional Law Center for Muslims in America (CLCMA)

is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)

Email: samira.elhosary@mlfa.org | selhosary@clcma.org

Website: https://mlfa.org/

⎿⎿ ⎿⎿ ⎿⎿ ⎿⎿ ⎿⎿

IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

 Outlook

---

**Indian River State College update**

---

**From** Autumn Sanders <jsanders7@irsc.edu>

**Date** Wed 8/28/2024 10:25 AM

**To** syedahmed.ammar@gmail.com <syedahmed.ammar@gmail.com>

**Cc** Scott Stein <sstein@irsc.edu>; Melany Crawford <mcrawford@irsc.edu>; Heather Belmont <hbelmont@irsc.edu>; Salvatore Cardella <scardella@irsc.edu>; Samira Elhosary <selhosary@clcma.org>

📎 1 attachment (128 KB)

Reinstatement Ahmed, Syed.pdf;

GRAPHUS EMAIL PROTECTION

**Warning:** Sender jsanders7@irsc.edu has never sent any emails to your organization. Please be careful before replying or clicking/downloading the attachment and URLs.

- Looks Suspicious -   - Looks Good -

powered by Graphus®

Good afternoon Mr. Ahmed,

Please see the attached notification. You may contact IRSC if you have any questions.

Thank you,

**Autumn Sanders, PHR, SHRM-CP | Interim Chief Human Resources Officer**

Phone: (772) 462-7276 | Email: jsanders7@irsc.edu | 3209 Virginia Ave. Fort Pierce, FL 34981-5596

Website | LinkedIN | Facebook | Twitter | Join Our Team!



*An unparalleled higher education experience.*

**Adobe** Creative Campus | **Bloomberg** Experiential Learning Partner

**Wolfram Technology** Computational Thinking College

Florida has very broad public records laws. Written communications to or from Indian River State College officials regarding College business are generally considered public records available to the public and media upon request. Your email communications will be subject to public disclosure unless an exemption applies to the communication. If you received this email in error, please notify the sender by reply email and delete all materials from all computers.

August 28. 2024

Mr. Syed Ammar Ahmed
420 Arabian Road
Palm Springs, FL 33461

Dear Mr. Ahmed:

After further review, we hereby notify you that you are reinstated to your former part-time position as Adjunct Faculty with Indian River State College as of 8/28/24. Thank you for your patience.  We apologize for the misunderstanding.

However, please be advised, that your Indian River State College certification to teach Political Science at IRSC has reached its five-year expiration as of May 14, 2024. It is internal policy that we require this current certification to be assigned to a class. Due to this expired certification, you were ineligible for class assignments for the 2024 Summer and Fall semesters.

Should you wish to pursue Adjunct teaching with IRSC in the future, please follow the recertification process and contact your Instructional Dean, Dr. Scott Stein, Dean of Liberal Arts.

Sincerely,

*Autumn Sanders*

Autumn Sanders
Interim Chief Human Resources Officer
Indian River State College

Cc:     Dr. Scott Stein, Dean of Liberal Arts
        Melany Crawford, General Counsel
        Dr. Heather Belmont, Provost/Vice President of Academic Affairs
        Chief Salvatore Cardella, Chief of Campus Safety
        Samira Elhosary, Civil Litigation Junior Staff Attorney via email:   *selhosary@clcma.org*

19